# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3749
Lower Tribunal No. 2020-CA-006710-O

_____

CORDELL TUTT,

Appellant,

v.

MELISSA VICKERS, Public Defender for the Ninth Judicial Circuit, WILLIAM C. HANCOCK, II, and ORLANDO POLICE DEPARTMENT,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

May 23, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and WHITE and SMITH, JJ., concur.


Cordell Tutt, Daytona Beach, pro se.

Christian H. Tiblier, Assistant City Attorney, Orlando, for Appellee, Orlando Police Department.

William C. Hancock, II, Winter Park, pro se.

No Appearance for Appellee, Melissa Vickers, Public Defender for the Ninth Judicial Circuit.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED